UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,                                  Case No. 26-cr-20082
                                                  Honorable David M. Lawson

v.

Chanise Coyne,

      Defendant.

---

### First Forfeiture Bill of Particulars

---

      The United States, by and through its undersigned counsel, submits this First Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to supplement and clarify the forfeiture allegations contained in the Indictment and to provide notice of specific property the government intends to forfeit upon conviction.

      The allegations set forth in the Indictment are re-alleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a), 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461. Upon conviction of the offense(s) set forth in Counts One through Seven of the Indictment, Chanise Coyne shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461, any property which

constitutes or is derived from proceeds traceable to the offense(s), which includes, but is not limited to the following:

- Real property located at 30709 Upland Drive, New Boston, MI 48164

This Forfeiture Bill of Particulars is also filed to comply with the provisions of 18 U.S.C. § 983(a)(3), and the government reserves its right to file a civil forfeiture complaint regarding the identified property, if necessary, at the conclusion of this criminal action.

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

    Respectfully submitted,

    Jerome F. Gorgon, Jr.
    United States Attorney

    S/Kelly Fasbinder
    Kelly Fasbinder (P80109)
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9520

Dated: March 4, 2026     Kelly.Fasbinder@usdoj.gov

## Certification of Service

I hereby certify that on March 4, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Kelly Fasbinder
Kelly Fasbinder (P80109)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9520
Kelly.Fasbinder@usdoj.gov
