UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 2:26-cr-20082

Hon. David M. Lawson

CHANISE COYNE,

Defendant.
_________________________________/

**STIPULATION TO FILE DEFENDANT CHANISE COYNE'S SENTENCING MEMORANDUM UNDER SEAL**

The parties stipulate and agree and seek permission for Defendant Chanise Coyne's Sentencing Memorandum (and accompanying exhibits) be filed under seal. Defendant's Sentencing Memorandum contains sensitive information, and this request serves to protect the privacy of the victims as well as the Defendant.

So stipulated.

*/s/ Andrew J. Yahkind (with permission)*
Andrew J. Yahkind
Assistant United States Attorney

*/s/ John D. Dakmak*
John D. Dakmak
Attorney for Defendant