UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CHANISE COYNE,

Defendant.
_______________________________/

Case No. 2:26-cr-20082

Hon. David M. Lawson

## INDEX OF EXHIBITS

Exhibit 1: Letter from Husband Michael Coyne

Exhibit 2: Letter from Mother and Stepfather Mr. and Mrs. Cerda

Exhibit 3: Letter from Son Nolan

Exhibit 4: Letter from Daughter Paityn

Exhibit 5: Letter from Cousin Ms. Prinzevski