# EXHIBIT 1

**Dakmak, John D.**

**From:** Chanise Coyne [redacted]
**Sent:** Monday, August 31, 2026 1:38 PM
**To:** Dakmak, John D.
**Subject:** Re: Letter

EXTERNAL EMAIL: The sender [redacted] is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

On Wed, Aug 19, 2026 at 10:06 AM mike coyne [redacted] wrote:

to whom it may concern:

I would like to take a moment to describe my wife and the incredible person she is. My wife is one of the most loving and caring people I have ever known. She has a heart that seems to always have room for someone else. Whether it is a family member, a friend, a coworker, or even a complete stranger, she is always willing to show kindness and compassion.

She is incredibly supportive. When someone she loves is going through a difficult time, she doesn't hesitate to be there for them. She listens, encourages, reassures, and does whatever she can to make things a little easier. She has a way of making people feel like they are not facing things alone.

She is also one of the most giving people I know. She gives her time, energy, attention, and love freely, without expecting anything in return. Many times, she puts the needs of others before her own simply because she genuinely cares about people.

As a mother, she is amazing. She is loving, patient, protective, and devoted to our children. She makes sure they know they are loved and supported while also teaching them to be kind, respectful, and compassionate toward others. Watching her with our children is one of the things that makes me appreciate her the most.

What really stands out about her, though, is that her kindness isn't limited to the people she knows. She will help strangers when she sees someone who needs assistance. Whether it's offering a helping hand, showing compassion to someone having a difficult day, or simply taking the time to make someone feel seen and cared about, she doesn't hesitate to help.

She doesn't do these things for attention or recognition. It is simply who she is. Kindness comes naturally to her, and she genuinely wants the people around her to be okay.

My wife is a loving wife, a wonderful mother, a supportive friend, and a genuinely good person. I feel incredibly fortunate to know her, to share my life with her, and to watch the positive impact she has on the people around her.

Michael Coyne,
Chanise's husband

Get Outlook for iOS