# EXHIBIT 2

Chanise is our first born – when she attended school through out the years, she received many Principal awards Honor Society Honor Roll and had many other leadership qualities – she was a ballerina from 2-18 years of age and also did cheerleading and pom dancing in high school as Captain of the teams – her ongoing leadership made us very proud of all her accomplishments –

After college growing up as an adult – her compassion and caring for people dedicated herself in helping those sick or in need of support - she always gives her time patience and kindness to make people feel comfortable and welcomed – she has a special gift of giving people comfort and encouragement putting their needs before her own – her help in listening and being there for someone who is struggling shows her true depth of her heart- she never hesitates to lend a helping hand whether it is providing food, clothing, support or simply being there – during her photography she did many photo shoots without asking for money and when she did charge someone for her great professional work it was very minimal- never ever asking for recognition or anything in return - she has made a meaningful difference in the lives of many people bringing them hope and comfort – she is truly one that gives back to others- she is also very responsible very respectful always dedicated – as her parents we have watched her develop into someone who can be trusted to give her honest best effort with maturity

She is a beautiful woman and has often faced jealousy and negativity from others because of the light she carries within her – instead of being celebrated for her kindness strength and accomplishments some people try to tear her down and say hurtful things – trying to destroy her reputation – but yet through it all she continues to rise above and remain true to herself – her strength comes from knowing her own worth and refuses to allow people to define her – no matter what others have tried to take from her and her family they cannot take away her character her heart of the person she truly is – a great daughter sibling wife mother friend – her children come before all -The love she gives her entire family – parents siblings husband children cousins friends neighbors co-workers always stand out – she was raised by a large family of immigrants that had morals and ethics to follow and she never strayed away from them - Chanise's parents