# EXHIBIT 3

**Dakmak, John D.**

**From:** Chanise Coyne [redacted]
**Sent:** Monday, September 7, 2026 9:21 PM
**To:** Dakmak, John D.
**Subject:** Letter

EXTERNAL EMAIL: The sender [redacted] is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

To whom my concern,I'm writing to u about my mom Chanise coyne,my mom is no ordinary mother she one of the best people I know in my life she is NOT shellfish she always puts us first weather it's giving us her dinner when we're hungry or taking us to get something when we want it.she never is rude to anybody she treats us and others with respect.she taught us how to take care of our selfs when we older and move out she taught us manners,respect and responsibility to give to everybody.my mom is the strongest person I know,She always loves us know matter what we did.she taught how to keep our self positive no matter what we're going through.that's why I love my mother so much.

Nolan Coyne her son