# EXHIBIT 4

**Dakmak, John D.**

**From:** Chanise Coyne [redacted]
**Sent:** Monday, September 7, 2026 9:20 PM
**To:** Dakmak, John D.
**Subject:** Fwd: Letter

EXTERNAL EMAIL: The sender [redacted] is external to Clark Hill. Exercise caution with links, attachments, or replies if this message is unexpected.

---------- Forwarded message ---------
From: **Paityn** [redacted]
Date: Fri, Sep 4, 2026 at 2:00 PM
Subject: Letter
To: [redacted]

To whom it may concern, i'm writing to you about my mom, Chanise Coyne. My mom is the most unselfish person you'll ever meet. She puts everyone and everything before herself. If a friend or family member is going through a hard time she is there for them to make sure they aren't alone. She has so many positive values and that inspires me to be just like her. My mom has always been an amazing example to me and my brother. She has taught us to always be kind, respectful and to have manners. My mom's kindness always stands out to me. Whether it's her own family, a close friend or a complete stranger she is always respectful and kind towards them. As a mother, she has patience, she is extremely supportive and is very protective of me and my brother. She is always there for me and my brother, showing up at our school or sporting events and helping with homework in the best way she can even if she doesn't understand it. There isn't a time where my mom hasn't been there for me or my brother. There isn't a time where she missed an important event of ours. She is extremely giving and never expects anything in return. Shes giving in many ways whether that happens to be her time, love, or energy. She always makes sure everyone is included and never left out. My mom is an amazing wife to my dad, a loving mom to me and my brother, and a great friend to those around her. I have witnessed the positive influence she has had on those around her. Sincerely, Paityn Coyne, Chanise's daughter.